UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cr-00076

**United States of America**

v.

**Jason Scott**

### ORDER

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on December 21, 2021, and issued a report recommending that the defendant's term of supervised release should be revoked. Doc. 14. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 13.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that the defendant be sentenced to a period of 6 months imprisonment with four years of supervised release to follow. The court further orders an additional supervised release condition that, absent suitable housing as determined by the U.S. Probation Office, defendant will reside in a halfway house for 6 months upon release from imprisonment. The court recommends that defendant serve his sentence at Seagoville, if available.

*So ordered by the court on January 4, 2022.*

J. CAMPBELL BARKER
United States District Judge